JOHN J KELLER v. GEORGE W. ODNEAL.

*Error from the District Court of Oklahoma County.*

*Amos Green & Son*, for plaintiff in error.

*Treadway & Wilkinson*, for defendant in error.

PER CURIAM: It is admitted by counsel for the appellant that this case is in all respects similar, in principle, to the case of *Woodruff v. Wallace*, 3 Okla. 355, and the judgment in such case governs.

The judgment of the lower court is therefore affirmed.